IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EDUARDO ARRECHAVALETA,

  Petitioner,

vs.

DONALD STINE, Warden;
DHS - ICE, Field Officer Director
"Counsel General"; and GEO
GROUP, a Florida Corporation,

  Respondents.

CIVIL ACTION NO.: CV512-023

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Eduardo Arrechavaleta ("Arrechavaleta") asserts that he was unlawfully detained by agents with Immigration and Customs Enforcement ("ICE") for 40 minutes. Attached to his Objections, Arrechavaleta submitted a copy of a Notice to Appear ("NTA") appointment issued by the Miami, Florida, Field Office of ICE. Arrechavaleta was directed to bring with him his judgment and conviction documents and two (2) passport photos. (Doc. No. 18, p. 3). The Magistrate Judge directed Respondents to file a response to Arrechavaleta's Objections, and the Respondents did so.

According to Respondents, Arrechavelata is not subject to an immigration detainer, nor is he detained or engaged in removal proceedings. Respondents state

AO 72A
(Rev. 8/82)

that ICE's issuance of a NTA appointment does not undermine the Magistrate Judge's conclusions because there is no evidence that Arrechavaleta is subject to an immigration detainer, and, even if he were, Arrechavaleta is not "in custody" for purposes of 28 U.S.C. § 2241.  Respondents submitted the Declaration of Michael Finnerty, a deportation officer with ICE, Enforcement and Removal Operations, in Miami, Florida.  Mr. Finnerty declares that Arrechavaleta is not subject to a detainer, nor is he being detained.  Rather, Mr. Finnerty declares, Arrechavaleta was issued a Form G-56 on August 28, 2012, requesting his appearance on September 21, 2012, at the Miramar, Florida, field office.  Mr. Finnerty also declares that Arrechavaleta did not appear at the field office on this date and that a new NTA had not been issued at the time Mr. Finnerty executed his declaration. (Doc. No. 20-1, p. 2).

There being no evidence that Arrechavaleta is being detained or otherwise in ICE's custody for purposes of this section 2241 proceeding, Arrechavaleta's Objections are **overruled**.  The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Arrechavaleta's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**.  The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_\_ day of _____, 20\_\_\_\_.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)